## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TYRONE FIRE PATROL COMPANY, NO. 1, A PENNSYLVANIA CORPORATION, AND RALPH STIMER, EUGENE ZIMMERMAN, AND THOMAS FETTERS, ALL ADULT INDIVIDUALS,<br><br>Petitioners<br><br>v.<br><br>TYRONE BOROUGH, A HOME RULE MUNICIPALITY,<br><br>Respondent | : No. 200 WAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.